# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

CARL CESAREO
    Plaintiffs,

v.

TOWN OF CORTLANDT
SUPERVISOR LINDA D. PUGLISI
CHRIS KEHOE, AICP
    Defendants,

Complaint
42 U.S.C. §1983

**20 CV 2003**

I was a former resident of Verplank NY. I resided at Lot number 18 Verplank, New York, 10956 for sixteen years and for sixteen years' I received correspondence form Chris Kehoe and Linda Puglisi advising me that by 2016 I had to move. I did not want to move especially since the defendants never showed me any legal reason for me to move. The defendants did not even have a final Notice from a proper Land regulatory Authority, that I would have been a party to such proceedings in the first place. After Hurricane Sandy in 2012, I rebuilt my home and replaced the furnace. Finally, out of fear of losing everything and the stress caused by Chris Kehoe's harassment I accepted $3,000 from Chris Kehoe in February 2016 and I moved. On February 24,2016, while looking for a hotel in Florida I was so sick from inhaling methane, carbon dioxide, and nitrous oxide gases from septic tanks and soil dispersal systems that were damaged during the Town's demolition of the Mobile Home Park, that I was immediately hospitalized at 12:00pm because my oxygen count was zero. The Town's demolitions created hazardous health and dangerous breathing conditions due to imploding septic tanks that emitted methane, carbon dioxide, and nitrous oxide gases from septic tanks and soil dispersal systems. I am ill now because of the procedures that the town was implementing on the Mobile Home Park. Please do not construe my claims under a theory that I will not prevail on. WHEREFORE, I pray for the award of Ten Million Dollars, to pay for proper medical attention and the advancement and deterioration of my foreseeable breathing and lung condition. The defendants are the proximate cause for my injury, and the defendants acted under color of law.

*Carl Cesareo*

Carl Cesareo
1208 Lee Street Lot # 8
Leesburg Fl. 34748
Date: February 28, 2020

RECEIVED MAR -5 2020 PRO SE OFFICE



Carl Cesareo
1208 Lee Street Lot # 8
Leesburgh Fl 34748

Pro Se
Sr

District Court
Pearl St
New York NY 10007

USM 23
SDNY

ALBANY NY 120
28 FEB 2020 PM 2 L

10007-131608

RECEIVED
MAR -5 2020
PRO SE OFFICE